UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE 461 7TH AVENUE MARKET, INC.,

        Debtor.

20 **CIVIL** 6216 (PMH)

## JUDGMENT

------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2022, the Court concludes that Judge Drain did not abuse his discretion in granting the Creditor's motion to convert the bankruptcy proceeding from one under Chapter 11 to one under Chapter 7 or denying the Debtor's motion for reconsideration. The Bankruptcy Orders are, therefore, AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
       March 22, 2022

                            **RUBY J. KRAJICK**

                            **Clerk of Court**
       **BY:**    *K. Mango*
                            **Deputy Clerk**